UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCI PATERA,

    Plaintiff,

    v.

CITIBANK, N.A., et al.,

    Defendants.

Case No. 16-cv-02937-SK

**ORDER OF SUA SPONTE REFERRAL**

    Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Jacqueline Scott Corley to determine whether it is related to *Patera v. Citibank, N.A., et al.*, Case No. 14-cv-04533-JSC.

    **IT IS SO ORDERED**.

Dated: July 14, 2016

SALLIE KIM
United States Magistrate Judge