MAYER BROWN LLP
ANDREW Z. EDELSTEIN (SBN 218023)
*adelstein@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

DEBRA BOGO-ERNST (*pro hac to be filed*)
*dernst@mayerbrown.com*
MATTHEW C. SOSTRIN (*pro hac to be filed*)
*msostrin@mayerbrown.com*
71 S. Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:   (312) 701-7711

Attorneys for Defendants
CITIBANK, N.A. AND CITIMORTGAGE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| MARCI PATERA,<br><br>            Plaintiff,<br><br>     v.<br><br>CITIBANK, N.A., a national association, and CITIMORTGAGE, INC., a corporation, and DOES 1-25,<br><br>            Defendants. | Case No. 3:14-cv-04533-JSC<br><br>Honorable Jacqueline Scott Corley<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS CITIBANK, N.A. AND CITIMORTGAGE, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Civil L.R. 3-3(c) & 3-12(b)] |

|   |   |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | This matter coming to be heard on Defendants Citibank, N.A. and CitiMortgage, Inc.'s |
| 3 | Administrative Motion to Consider Whether Cases Should be Related, due and proper notice |
| 4 | having been given to all parties in interest, and the Court being fully advised of the premises, |
| 5 | IT IS HEREBY ORDERED as follows: |
| 6 | 1.   Defendants' Administrative Motion to Consider Whether Cases Should be Related |
| 7 | is GRANTED. |
| 8 | 2.   *Patera v. Citibank, N.A.*, Case No. 3:16-cv-2937-SK ("*Patera II*"), which was |
| 9 | assigned to Magistrate Judge Sallie Kim, is deemed related to *Patera v. Citibank, N.A.*, Case No. |
| 10 | 3:14-cv-04544-JSC ("*Patera I*"). |
| 11 | 3.   The Clerk is directed to transfer *Patera II* to the undersigned. |
| 13 | IT IS SO ORDERED. |
| 14 | Dated: ~~July __, 2016~~ |
| 15 | August 3, 2016 |

Jacqueline Scott Corley, Magistrate Judge
United States District Court

- 1 -

[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED; CASE NO. 3:14-CV-04533-JSC