1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    MARCI PATERA,                          Case No.  16-cv-02937-JSC

8              Plaintiff,

9         v.                                **ORDER RE: PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS**

10   CITIBANK, N.A., et al.,

11             Defendants.                   Re: Dkt. No. 29

12

13         The Court is in receipt of Plaintiff's Motion for a Preliminary Injunction and Order to

14   Show Cause re: Issuance of a Preliminary Injunction.  (Dkt. No. 29.)   Plaintiff noticed the hearing

15   on the motion for August 10, 2016 at 9:30 a.m. **Plaintiff shall appear for the hearing at that**

16   **time and date in Courtroom F, 450 Golden Gate Ave., San Francisco California.**  Defendants

17   may appear by telephone and shall contact Court Call at 1-888-882-6878 to make the

18   arrangements. Defendants are not required to file a written response to the motion. The hearing on

19   Defendant's Motion to Dismiss (Dkt. No. 12.) is reset for August 18, 2016 at 9:00 a.m.

20

21         **IT IS SO ORDERED.**

22   Dated: August 5, 2016

23

24                                          _Jacqueline Scott Corley_

25                                          JACQUELINE SCOTT CORLEY
                                            United States Magistrate Judge
26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCI PATERA,<br><br>            Plaintiff,<br><br>        v.<br><br>CITIBANK, N.A., et al.,<br><br>            Defendants. | Case No.  16-cv-02937-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marci  Patera
P.O. Box 535
Clayton, CA 94517

Dated: August 5, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

2